IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, et al., | ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 07 C 0898 |
| vs. | ) ) | JUDGE DAVID H. COAR |
| MASONRY STRUCTURES, INC., a dissolved Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MASONRY STRUCTURES, INC., a dissolved Illinois corporation, in the total amount of $50,607.90, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,072.50.

On February 25, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Mike Dallesasse) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 19, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of May 2007:

        Ms. Robin Dallesasse, Registered Agent
        Masonry Structures, Inc.
        14620 Keslinger Road
        DeKalb, IL   60150

        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No. 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Fvcwj\Masonry Structures\2007\motion for default judgment.pnr.df.wpd